IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTAL DODSON, *on behalf of* B.B., | ) |
| | ) CASE NO. 3:15CV0497 |
| Plaintiff, | ) |
| | ) |
| v. | ) MAGISTRATE JUDGE GREG WHITE |
| | ) |
| CAROLYN COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) **JUDGMENT ENTRY** |
| Defendant. | ) |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is VACATED and the case REMANDED for further proceedings consistent with the Court's opinion.

IT IS SO ORDERED.

                                                                               s/ Greg White
                                                                               United States Magistrate Judge

Dated: February 11, 2016